# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MARTINEZ,<br><br>      Plaintiff,<br><br>v.<br><br>WESTERN UNITED INSURANCE COMPANY, *et al*.,<br><br>      Defendants. | Case No. 2:12-CV-00650-KJD-PAL<br><br>**ORDER** |

   Presently before the Court is Defendant Western United Insurance Company's Motion to Strike (#5).  Though the time for doing so has passed, Plaintiff has failed to file a response in opposition.  Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion to strike.

**IT IS SO ORDERED.**

   DATED this 21ST day of August 2012.

_____
Kent J. Dawson
United States District Judge