# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MARTINEZ, | |
|     Plaintiff, | Case No. 2:12-CV-00650-KJD-PAL |
| v. | **ORDER** |
| WESTERN UNITED INSURANCE COMPANY, *et al.*, | |
|     Defendants. | |

    Presently before the Court is Defendant Western United Insurance Company's Motion to Strike (#5). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion to strike.

**IT IS SO ORDERED.**

    DATED this 21ST day of August 2012.

                                                                                          Kent J. Dawson
                                                                         United States District Judge